IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOLIN ANDREWS,

    Petitioner,                      No. CIV S-05-1549 FCD DAD P

    vs.

TOM L. CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a former California prisoner proceeding pro se with a petition for writ of habeas corpus. Petitioner has filed a notice of dismissal. IT IS HEREBY ORDERED that:

        1. This court's August 22, 2006 findings and recommendations are vacated; and

        2. The Clerk of the Court shall close this case pursuant to petitioner's September 25, 2006 notice of dismissal. See Fed. R. Civ. P. 41(a) & Rule 11, Fed. R. Governing Habeas Corpus Cases Under § 2254.

DATED: October 10, 2006.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
andr1549.159